**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v. Rechnitz _____ v.

_____

**DOCKET NUMBER:** 26-878 _____

**COUNSEL'S NAME:** Noam Biale _____

**COUNSEL'S ADDRESS:** 90 Broad St, 23rd Floor _____

New York, NY 10004 _____

**COUNSEL'S PHONE:** 212-202-2600 _____

**QUESTIONNAIRE**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.   Reason:   ☐ Daily copy available   ☐ U.S. Atty. placed order
☑ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☐ Pre-trial proceedings:_____
(Description & Dates)

☐ Trial:_____
(Description & Dates)

☐ Sentencing:_____
(Description & Dates)

☐ Post-trial proceedings:_____
(Description & Dates)

I,_____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:    ☐ Funds    ☐ CJA Form 24

_____        _____
Counsel's Signature                                      Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                              Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.

I have already obtained a copy of the transcript.