# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-six.

_____

United States of America,

          Appellee,

   v.

Jona Rechnitz,

          Defendant - Appellant.

_____

**ORDER**

Docket No. 26-878

Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 5, 2026, as the brief/appendix filing date. The date selected falls on a Sunday.

IT IS HEREBY ORDERED that Appellant's brief must be filed on or before July 7, 2026. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

