**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 8, 2026                                      Agency #:
Docket #: 26-878                                       Agency: 178
Short Title: United States of America v. Rechnitz

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for bail 9(b) filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, May 26, 2026 at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.