**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-878 _____     Caption [use short title]

Motion for: Adjournment of deadline to file

opening brief and appendix.

_____     United States v. Rechnitz

Set forth below precise, complete statement of relief sought:

Mr. Rechnitz requests an adjournment of the

deadline to file his opening merits brief and

appendix; he intends to request rehearing

on his motion for bail pending appeal, which,

should it be denied, would moot his merits

appeal.

MOVING PARTY: Jona Rechnitz                    OPPOSING PARTY: United States of America

☐ Plaintiff          ☑ Defendant

☑ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Noam Biale          OPPOSING ATTORNEY: Lara Pomerantz

[name of attorney, with firm, address, phone number and e-mail]

Sher Tremonte LLP                              U.S. Attorney's Office

90 Broad St. 23rd Fl. New York, NY 10004        26 Federal Plaza, 37th Fl. New York, NY

(212) 202-2600 / nbiale@shertremonte.com        (212) 637-2342 / lara.pomerantz@usdoj.gov

Court- Judge/ Agency appealed from: SDNY - Failla, J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____
_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

/s/Noam Biale _____ Date: 7/6/2026 _____     Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)