**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

UNITED STATES OF AMERICA,

                    Appellee

    v.

JONA RECHNITZ,

              Defendant-Appellant.

Docket No. 26-878

**AFFIRMATION OF**
**NOAM BIALE**

I, NOAM BIALE, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am a partner at the law firm of Sher Tremonte LLP and counsel to Jona Rechnitz, the defendant-appellant in the above-captioned matter.

2.      On March 20, 2026, Mr. Rechnitz was sentenced to five months' imprisonment by the Honorable Katherine Polk Failla of the Southern District of New York.  Judge Failla issued an amended judgment on March 23, 2026.

3.      On April 7, 2026, Mr. Rechnitz timely filed a notice of appeal.

4.      On April 16, 2026, the Court set the deadline for the filing of the opening brief and appendix for July 7, 2026.

5.      On May 4, 2026, Mr. Rechnitz filed a motion for bail pending appeal.  Among other things, Mr. Rechnitz argued that, because of the length of his sentence, if the Court did not grant bail pending appeal, his appeal would become moot because he would have served his time before the appeal could be resolved.

6.      On May 26, 2026, a panel of this Court heard oral argument on the motion for bail.

1

7. On June 23, 2026, the Court denied the motion for bail pending appeal. The panel was divided, with the Honorable Maria Araújo Khan dissenting.

8. In her dissent, Judge Khan noted that "because Rechnitz will likely complete his incarceratory sentence before his appeal is heard, denying his motion effectively moots his right to appeal."

9. In the coming days, Mr. Rechnitz intends to file a request for panel rehearing or rehearing *en banc*, along with a motion to stay his surrender date, seeking reconsideration of the Court's bail denial for the reasons articulated in Judge Khan's dissent.

10. Should these requests be denied, Mr. Rechnitz intends to withdraw his appeal rather than waste judicial resources (and his own) litigating an issue that can provide him no relief.

11. Should the Court grant bail on rehearing, however, Mr. Rechnitz will be in a position to file his merits brief in short order.

12. Accordingly, I respectfully request that the Court adjourn the deadline for Mr. Rechnitz's opening brief and appendix to one week after the Court rules on Mr. Rechnitz's motion for rehearing, which I will file before this Friday, July 10, 2026.

13. I have reached out to the government for its position and AUSA Lara Pomerantz has advised me that the government consents to the requested adjournment.

14. This is Mr. Rechnitz's first request for an adjournment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        July 6, 2026

                                    _____/s/ Noam Biale_____
                                    NOAM BIALE

2